Ralph Waldt v. Goodwin Manufacturing Company.— Motion granted upon payment by plaintiff of thirty dollars trial fee, ten dollars costs of this motion, ten dollars costs and disbursements of the appeal in this court, and costs on the demurrer in the court below.  Order to be settled on notice.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of James H. Westcott, an Attorney.— Referred to official referee.  Order to be settled on notice.  Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Finn L. Fossume and Another, Appellants, v. Mark Requa, as Executor, etc., Respondent.— Judgment affirmed, with costs.  No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Clarke, J., dissented.

Joseph Leiner, an Infant, etc., Appellant, v. R. Hoe & Company, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

In the Matter of the Application of The City of New York, Respondent, etc., Relative to Acquiring Right and Title to and Possession of Certain Upland, etc., Necessary to Be Taken for the Improvement of the Waterfront of the City of New York on the North River, between West Eighteenth and West Twenty-third Streets, etc.; The Erie Railroad Company, Appellant.— Order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Saul J. Baron, Appellant, v. Andrew Albright, Jr., Respondent, Impleaded with Another.— Judgment affirmed, with costs.  No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Isaac Peiser, Appellant, v. Edwin L. Kalish and Others, as Surviving Trustees, etc., and Others, Impleaded, etc., Respondents.— Judgment affirmed, with costs, with leave to plaintiff to serve an amended complaint on payment of costs in this court and in the court below.  No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Wilbur S. Lemmon, Appellant, v. Wallace Reid, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.; Hotchkiss, J., dissented so far as the item of the Banta agency is concerned.

The People of the State of New York, Respondent, v. Frank Salvatore, Appellant.— Judgment affirmed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.; Hotchkiss, J., dissented.

Alexander Jay Bruen, Respondent, v. Thomas L. Reynolds, Appellant. — Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Morris J. Solomon, Appellant, v. The Bank of New York, Respondent. — Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.